**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DWAYNE JAY NORTON,

        Plaintiff,

vs.                                    Case No. 3:06-cv-443-J-32MMH

GERALD F. MURRAY; PATRICIA
HAWKINS; A. GEORGE LOWE,

        Defendants.

## **ORDER**[1]

This case is before the Court on Plaintiff's Petition for Writ of Mandamus (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 6) recommending that the motion to proceed *in forma pauperis* be denied and that plaintiff's petition be dismissed. The same day, the Magistrate Judge issued an Order denying without prejudice plaintiff's pending motion for appointment of counsel. See Order, Doc. 7. Plaintiff filed objections to the Report and Recommendation (Doc. 11) and a petition for writ of certiorari regarding the Court's Order denying his motion for appointment of counsel.

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

Now, following independent review of the file, the Report and Recommendation, the objections thereto, the Order denying appointment of counsel, and all the pending motions, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 6) of the Magistrate Judge is **adopted** in full as the opinion of the Court.

2. To the extent plaintiff sought review from the undersigned of the Order denying appointment of counsel, that Order (Doc. 7) is **reaffirmed** for all the reasons stated therein.

3. Plaintiff's petition for writ of certiorari to review the Order denying appointment of counsel (Doc. 12) is **denied**; any additional injunctive relief sought by that petition is also **denied**.

4. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **denied**.

5. This case is **dismissed with prejudice** on grounds of res judicata. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of September, 2006.

                TIMOTHY J. CORRIGAN
                United States District Judge

s.
Copies:

Honorable Marcia M. Howard
United States Magistrate Judge

pro se plaintiff